**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AUBREY TRASS, <br><br> Plaintiff <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO. CV 08-1054VBF(RCx) <br> Honorable Valerie Baker Fairbank <br> Mag. Judge Rosalyn M. Chapman <br><br> **[PROPOSED]** <br><br> **ORDER RE DISMISSAL OF DEFENDANTS CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT PURSUANT TO** *F.R.Civ.P.* **41(a)(1)(A)(ii)** |

GOOD CAUSE HAVING BEEN SHOWN:

It is hereby Ordered that to the parties' stipulation, and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, that LAPD Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT are hereby dismissed from this action with prejudice.

***IT IS SO ORDERED*:**

Dated: November 17, 2008

_____
Honorable Valerie Baker Fairbank, Judge
United States District Court

1